UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

Complaint
Plaintiff demands trial by Jury.

PLAINTIFF

JAMES. E. EALEY

AGAINST,

DEFENDANT

Sarah Mohamed Hussein Obama.

I JAMES. E. EALEY the plaintiff at all times mentioned hereinafter was and still is a resident of Harris County, Texas.
Defendant Sarah Mohamed Hussein Obama is a resident of Kogelo, Kenya and she is a Kenyan citizen.

Ms. Sarah Hussein Mohamed Obama of Kogelo Kenya is the Grandmother of Democratic Presidential candidate Barack Hussein Mohamed Obama of Chicago, Illinois. Sarah Mohamed Hussein Obama has caused so much harm to the American people and the world in general. She put spells on U.S president George W.H. Bush when they first met in 2004. Ms. Sarah Mohamed Hussein Obama is possessed with very dangerous evil satanic ghosts. She also uses spirits of dead relatives including the spirit of Barack Hussein Mohamed Obama senior who's buried in her back yard. She has been using these ghosts to harm other people in a form of witchcraft for a long time, she is best known for that in her village of Kogelo in Kenya. Several weeks ago she was almost killed by young angry mob of witch hunters in her village, that is why she is now being

protected by Kenyan police officers. Although she is a witch, her family maintain other stories and lies about the incident.

It was Barack Hussein Mohamed Obama who asked for the satanic help from his grandmother . This lady put evil satanic sp on Our president so that people will hate the president and the economy will go bad, so that Obama can get a chance to be elected U.S president. She also put spells on Hillary Clinton that is one of the reasons she lost the democratic party nomination.

Ms. Sarah Mohamed Hussein Obama has violated Title 42 U.S.C 1983 of The United States Of America constitution, Violation of civil rights of U.S citizens. Wherefore, plaintiff demand: Money damages to be distributed to the American people in the amount of seven hundred billion United States of America dollars. Permanent injunction against the defendants from performing these witchcraft acts in the future, permanent visa refusal to enter The United States and further relief which the court may deem appropriate.

Barack Hussein Mohamed Obama attended satanic witchcraft rituals in Kenya in 2006, He wore a white Taliban robe and he held a bowl of burning charcoal with incense of Aloe wood in it. He also was holding dead male albino genital parts on his lap, and he was covered with a huge white sheet.
pictures of Hillary Clinton and George W.H. Bush were burnt in that bowl. His African grandmother and other male witches were performing naked witchcraft ritual during this time. incense of Aloe wood is like food to ghosts because these ghosts are mass less and invisible. American people have lost jobs because of Obama's action Of witchcraft and Satanism.

God is real and Satan is real .Barack Hussein Mohamed Obama is a Satan believer and Un-American. He does evil and satanic things for political and personal gains. Since senator Obama announced his presidential candidacy in 2006 , His grandmother and his witchdoctors have killed hundreds of Albinos in East Africa (Kenya, Tanzania and Uganda). The reason to these mass killings is to Use black albinos body parts and spirits/souls to attract white people by means of witchcraft. Right now the price tag per albino in East Africa is $2,000/- set by the Obamas. The Obamas want to win the white house in magical Kenya style of voodoo and corruption. Barack Obama wears a talisman with human hair and charcoal and ghosts in it all the time.

symptoms of a person affected by ghosts:
Gaffes, headaches, behavior change and instability.

How ghosts enter our body: through body openings: - mouth,ears,eyes,nose,hair, genital parts etc
30% of people in the world are affected naturally. 40% are affected by ghosts sent by other people.
for more info on ghosts visit www. luo legacy . com

We know some American don't agree that witchcraft exist,We are organizing witchcraft show to be performed by Obama's witch from Kenya in different states in The United States. See schedule below:-

Richmond,Virginia-10-30-2008
Indiana polis,Indiana 10-27-2008
Sacramento, California 10-26-2008
Olympia ,Washington. 10-28-2008
Salem, Oregon, 10-28-2008
Denver, Colorado, 10-27-08
Tallahassee, Florida 10-29-08
Lansing, Michigan 10-31-2008
Jefferson City, Missouri, 10-29-2008
Santa Fe, New Mexico 10-27-2008
Cleveland, Ohio 10-30-2008
Scranton, Pennsylavania 10-30-2008
Madison,Wisconsin 11-01-2008.
Carson City, Nevada. 10-26-08
Concord,NH. 10-31-08
Raleigh, North Carolina 10-30-08
Saint Paul,Minesota. 11-02-08
Des Moines, Iowa . 11-01-08

Animals will be killed without physical contact.and people can volunteer to die. In order for a person to be killed will have to stay 5 days without praying to God.

version

## Is witchcraft alive in Africa?

**Does witchcraft have a place in modern society? *BBC Africa Live* wants to know if it is relevant to you.**



Would you turn to him for help?

In Africa, witchcraft has played a role in rebellions, fighting wars, gaining independence and is often seen at election time.

Some people also consult witchdoctors to cure diseases or find a husband.

However, the practise has negative sides - mutilated bodies are often found in Africa, with their organs removed presumably for use in magic charms. And recently in the UK, three people were jailed over the torture of an eight-year-old Angolan girl they accused of being a possessed witch.

**Do you believe in witchcraft? What is its role? What**

# BREITBART.COM

## Kenya mob burns 15 women to death over witchcraft



May 21 11:36 AM US/Eastern

A rampaging mob in western Kenya burnt 15 women accused of witchcraft to death, a local official and villagers told AFP Wednesday.

"This is unacceptable. People must not take the law into their own hands simply because they suspected someone," said Mwangi Ngunyi, the head of Nyamaiya district. "We will hunt the suspects down," he added.

The gang of about 100 people moved from house to house late Tuesday, tied up their victims and set them ablaze, the official said.

Ngunyi added that the mob also torched 50 houses in Nyakeo village, located some 300 kilometres (180 miles) northwest of the capital Nairobi.

"I can't believe my wife of many years would be killed so brutally by people who cannot prove their case even before God," said Enoch Obiero, a pastor.

"My mother has always been a role model to the entire village and why the mob had to kill her will remain a mystery to me forever," lamented 32-year-old Emily Monari.

The region, populated mainly by the Kisii tribe, has been dubbed Kenya's "sorcery belt" due to mob attacks on women suspected of witchcraft.

Efforts by the authorities to clamp down on vigilante and mob justice have been unsuccessful.

Dozens of suspected people were killed in western Kenya in the 1990s, amid allegations of sorcery.

Several cases were also reported in recent months in neighbouring Tanzania, forcing President Jakaya Kikwete to order special protection for albino, who were being murdered and mutilated for good luck by with-doctors.

Copyright AFP 2008, AFP stories and photos shall not be published, broadcast, rewritten for broadcast or publication or redistributed directly or indirectly in any medium



CATHOLIC ONLINE | International News     Enter Question or Keywords    Search   catholic.org



## Witchcraft destroying the Catholic Church in Africa, experts say
2/3/2007
Catholic Information Service for Africa (www.cisanewsafrica.org)

- Comments
- Email this Article
- Printer-Friendly
- SHARE

NAIROBI, Kenya (CISA) – Witchcraft is real, and it is destroying the church in Africa, Catholic experts warned earlier this week.

**Ads by Google**
Kenya Companies
Kenya Market
Kenya Finance
Kenya Story
Kenya Analysis



Advertisement

Scholars from the Catholic University of Eastern Africa (CUEA) expressed concern that the church continued to dismiss the dark arts as mere superstition, thereby unwittingly helping the devil advance his reign.

For that reason, Christians who suffer because of witchcraft are often dismissed by priests as being superstitious, the scholars said. Because they do not get adequate help from pastoral agents, they seek the assistance of witchdoctors or join the mushrooming evangelical denominations that offer healing, exorcism and deliverance, they said.

Many African priests fear witchcraft or are ignorant of their own power to confront the devil, the scholars said, adding that Christians visit diviners and magicians to seek practical solutions which the church and science apparently do not offer.

The experts spoke here during a three-day symposium on the pastoral challenge of witchcraft organized by the Institute of Spirituality and Religious Formation at Tangaza College.



catholic match

Michael Katola, a lecturer in pastoral theology at CUEA, said from the African perspective Christianity does not seem to have answers to all questions. And while the church demonized traditional experts such as medicine-men and diviners, it has offered no equivalent alternatives, he added. "We have many Christians who go to consult fortune-tellers when they want to start a project or when faced with problems," he said.

Africans are not any more superstitious than other peoples, he said. The problem is that the church has not come to terms with the African worldview which accepts the existence of evil powers, he said. "It is important for the church to understand the fears of the people and not to attribute them to superstition."

"Witchcraft is a reality; it is not superstition," Katola said, adding that "many communities in Kenya know those powers are in their midst."

Dissatisfied Catholics are swelling the ranks of the new evangelical movements, he said.. "Many of our Christians seek deliverance, healing and exorcism from other denominations because priests do not realize they have redemptive powers," Katola said.

He said the responsibility of fighting witchcraft lies with the clergy, who should start by accepting the reality of the phenomenon. "If we don't believe in the existence of witchcraft as Satanism then we can not deal with it."

Sister Bibiana Munini said Christians still consult diviners and magicians for practical solutions because the church has not paid much attention integral healing.

Moreover, she added, the much-valued ministry of the traditional healer has no equivalent in the church today.

Malawian academic, Father Clement Majawa, said the problem of witchcraft is real and needs a serious effort as it had contributed to "superficiality of faith and morals" in Africa.

He listed 14 categories of witchcraft practiced across the continent, stressing that the church's denial of the existence of the evil arts "only escalates the problem."

He attributed the persistence of witchcraft to ignorance within the church of the African worldview and lack of deep knowledge of the faith among Christians.

Father Majawa called for an urgent and coordinated pastoral response to the problem in every diocese.

"Since Christ in the gospels encountered the devil, it is proper for Christians to accept the reality of witchcraft."

NEWS



Page last updated at 09:56 GMT, Thursday, 11 September 2008 09:56 UK

E-mail this to a friend          Printable version

## Kenya thieves target Obama granny

Kenyan police have stepped up security in the village of US presidential candidate Barack Obama's grandmother, after a break-in at her home.



Mr Obama's grandmother lives in the village where his father was born

The police believe the thieves were trying to steal a solar panel from Sarah Hussein Obama's tin roof.

Four people have been arrested and patrols increased around Alego-Kogelio village, 60km (37 miles) from Kisumu.

The Illinois senator is a local hero in his father's homeland, where a local beer has been named after him.

Correspondents say bottles of Senator are now referred to as "Obama" in honour of the Democratic party presidential hopeful.

### Fear

The robbery occurred on Wednesday night, when thieves broke down the kitchen door.

"I only realised that something had gone wrong when I went to make breakfast in the morning. I did not hear anything in the night as it was raining," Kenya's Daily Nation quotes Mrs Obama, 86, as saying.

> These are just people from around who think that Obama has been sending me a lot of money
>
> Sarah Hussein Obama



Beer stirs Obamamania

She said she now feared for her safety.

"These are just people from around who think that Obama has been sending me a lot of money," she told the East African Standard paper.

Area police commander Johnston Ipara said the robbers were unable to dismantle the panels and nothing was stolen.

"There is now a 24-hour security patrol in the entire village to curb any further incidents," he told AFP news agency.

Mr Obama - the first black person to be nominated by either main party in the US - faces Republican candidate John McCain in elections on 4 November.

Mr Obama has never lived in Kenya and he has visited the country just three times.

His father, Barack Obama senior, was born in the remote village in western Kenya, where he herded goats as a child.

E-mail this to a friend          Printable version

Bookmark with:

| Blogs | News and Current Events | Book Reviews | Conferences and Call for Papers | Resources | eSymposium |

**Recent Zeleza Post Blogs**

- UNESCO and Obasanjo's Library
  By Chika Okeke-Agulu
  *1 hour 43 min ago*
- Every Genocide Has Its Deniers
  *1 hour 46 min ago*
- The Financial Crisis and Africa
  *1 day 4 hours ago*
- The Financial Crisis and Africa
  *1 day 4 hours ago*
- Mccain's and Obama's Africa Policies: In the Campaigns and Candidates' Own Words
  *4 days 12 hours ago*

**Zeleza Post Bloggers**

 Chika Kai

 Cary Fraser

 Corey Walker

 Guest Blogger

 James Ijachwe

 Pius Adesanmi

 PTZeleza

 Steve Sharra

 Wandia Njoya

**User login**

Username: *

Password: *

- Create new account
- Request new password

# Kenya: Between Witchcraft and Jesus Christ?

 Posted March 13th, 2008 by Wandia Njoya in African Affairs

From as early as the campaign period preceding the hotly contested General Elections in Kenya last December, I, like many other Kenyans, could sense that something was not right, but could not put my finger on exactly what the problem was. Even as the violence broke out, I knew that political ineptitude and selfishness on both sides of the political divide did not sufficiently explain why Kenyans, who are profoundly religious, superstitious or both, would financially support or actually carry out the decapitations of men and massacres of women and children.

I knew that I did not experience this disorientation alone because in 2007, the number of prophecies about imminent catastrophes not only increased in number, but also in the attention they received from the upper economic classes and the media which traditionally scoffed at them. These prophecies included predictions of the tremors experienced by the country in July and that were interpreted as God's judgment of our nation. Towards the end of the year, reports in the media emerged that witchdoctors from neighboring countries were experiencing thriving business in Kenya, especially from politicians, to the extent that some were considering relocation to the country.

The prophecies and the reports about witchdoctors troubled me. Not because I am rattled merely by rituals associated with witchcraft, but because I agree with researchers who explain that witchcraft thrives in situations where extreme injustice is experienced at profoundly intimate levels. According to this theory, situations such as slavery – where the enslaver and the enslaved interacted at intimate but extremely brutal levels – are conducive to the thriving of ritualistic practices that exclude logic and reason. By contrast, rituals such as rites of passage and the celebration of cycles of seasons and human activities generally intergrate the spiritual, rational, emotional and environmental worlds in a continuous fashion.

Therefore, in unjust situations, both the oppressor and the oppressed endear the less noble qualities of the spirit world to their side because they feel that what they desperately want is beyond human intellectual, physical and moral power. For the enslaver, the inhuman and irrational interactions with slaves must continue at all costs – even at the cost of their own humanity. This would explain why the formal end of slavery in the United States was followed by the most morbid of rituals to assert white supremacy. The system of racist oppression, which the Christian God was unable to maintain beyond the Civil War through sober sermons at the Church pulpit, was therefore perpetuated during the Jim Crow era in the form of rituals in which the cross was desecrated and unfortunate black individuals were dismembered and incinerated as a sacrifice to appeal to the Christian God's less flattering qualities.

For the enslaved, rituals became their only outlet or brief reprieve from injustice. After all, if the "good" Christian God who embodies patience, forgiveness without limits and love for one's oppressor is the one in whose name they are oppressed, they understandably feel compelled to appeal to God's less generous side. Hence Malcolm X's famous distinction between the house and field negro – unlike the house negro who works at putting out the fire in the master's house, the field negro makes no pretense at noble intentions and prays for God to send a stronger wind. Frantz Fanon describes a similar phenomenon in the first chapter of *The Wretched of the Earth*: the colonized, who have internalized their oppression at the emotional level, engage in dances and rituals with heightened vigor.

In other words, witchcraft, curses, prayers for evil, savage killings and other unflattering spiritual exercises are usually a symptom of two things: desperation to get something at any cost, even at the cost of flirting with evil, and profound disempowerment in the face of injustice that has infiltrated the psyche and intimate relations. If this is the case, the reports about an increase in consultations with witchdoctors indicate that the Kenyan population is instinctively aware that its country is profoundly flawed, but feels powerless to identify the cause of the problem or feels that they are too intimately intertwined with the problem to obtain the distance necessary to examine or resolve it.

From this perspective, the power of negative ethnicity in disempowering and ensnaring

the Kenya populace becomes clearer. Since 2002, politicians have been are increasingly exposed as a greedy, selfish, impotent and unimaginative class, and so they used the trump card which they knew would make Kenyans swear allegiance to them no matter how incompetent they are: the card of ethnicity. Under the present conditions, any thief or criminal who wears the ethnic garb is bound to be forgiven of all his present, past and future sins because ethnicity is a God-given quality that one cannot get rid of, no matter one's political affiliations or economic class. The intimate and inalienable characteristic of ethnicity leads people to feel powerless to criticize politicians or isolate the problems that affect Kenyans across class or ethnic boundaries. They are afraid to criticize politicians from the same ethnic group fear being seen as a "traitor", or criticize politicians from other ethnic groups for fear being accused of "tribalism" and of ignoring privileges enjoyed when one of their own was in a certain ministry or in the State House. Given this combination of intimacy and powerlessness with the economic injustice and social decadence, it is no wonder that the practice of and fears about the increase in witchcraft have emerged.

In response to this morbid and explosive situation, Christians in Kenya have come up with an alternative: casting out demons in the name of Jesus and visiting four major Kenyan towns to pray for reconciliation. But just like the prophecies of last year, this solution does not treat the disease of Kenya; it simply deals with the symptoms. For rather than identify the specific problems that produced the political crisis, or confront the conditions that have made Kenyans feel impotent and powerless, the Church leaders offer Christianity.

However, John Njenga Karugia has explained in a brilliant piece that Christianity does not sufficiently tackle the fundamental problems affecting Kenya. And the problem emanates from Christianity's theological, cultural and historical roots. As Karugia points out, Christianity has no geographical affiliations with Kenya. He is impressively diplomatic about this when he says. "The problem is not Jesus Christ. No he is a nice guy, who lived in another time in another place and we have confirmed he is not suitable for our Kenyan politics and for our time."

On the theological level, Karugia points out that the Jesus Kenyans are asked to pray to is a little too forgiving for comfort, at the expense of the exploited and the poor. He laments that Jesus "is quoted as having said to Peter that we should forgive seventy-seven times. So we should forgive 77 Goldenbergs and 77 Anglo Leasing corruption scandals. By the 78th time, our central bank will be empty." He elaborates on Jesus's apparently short memory: "Jesus Christ's dad promises Kenyan politicians they will burn in hell, but if they repent, they will go to heaven. So, Kenyan politicians rape Kenyans and their country. They come to church on Sunday. Pastor shakes their hands. We struggle to line up to shake their hands. We pray for them as they kneel in front of the whole church and under the calm watch of Jesus Christ's father. They are forgiven and they walk away and Sunday they visit another church, where even louder prayers are said with louder loud speakers and red carpets."

Not surprisingly, Karugia mentions the problematic legacy of Christianity rooted in colonial rule: "Looking at the history of how missionaries first arrived and laid the groundwork for the colonial masters to govern one might conclude that indeed Church assists State to govern by keeping the masses cool. Cool they remain, because their minds are poisoned. The State engages in all kinds of excesses but Church says, let them be, they will burn in hell. The probability that the poor will burn in hell is so high that it is indispensable that politicians and poor people will meet in hell." However, he ends up reaching the same end that I reached in January, which he expresses better as the hope that the Christian god might just sign a peace deal with the African deities and arrive at a "coalition of Kenyan gods."

It therefore emerges that Christianity, like ethnicity, and even like witchcraft, are the proposed antidotes which the observer who diagnoses Kenya's problems must be willing to confront at the risk of alienation by believers, career ethnicists and well, the not-so-noble religious practitioners. But there is a fourth god responsible for the quagmire that Kenyans are now trying to transcend: Kenya's balance sheet.

Rather than be a blessing, Kenya's economic "prosperity" is a curse because it functions as a camouflage to hide contradictions that expose Kenya as a country that is morally, socially and spiritually decaying. One of these contradictions is the fact that since the signing of the peace deal that allowed the creation of a prime minister, there is an amazing admiration expressed for the "prime-minister designate's" official motorcade by the same press that has lamented for the last two months the widening gap between the rich and the poor. The contrast between a convoy of politicians, and the Kibera slums

which they visit amid shouts of the joy and ululations of the poor in whose name the economic injustice is deplored, is rather difficult to digest.

Another contradiction, which has been shyly pointed out by a few journalists, is the size of the government agreed on by the Kofi Anan deal. Kenya is already burdened with overpaid and idle ministers and Members of Parliament, but the government posts are now set to increase. And since there is no doubt that the salaries of the Prime-Minister and his deputies will be above those of ordinary MP's, the Kenyan tax-payers are sure to be paying more than the billions they already pay their leaders. And so it would seem that the choice facing Kenyans after the elections was between being exploited in peace and exploited in war, and Kofi Anan helped us choose the lesser of two evils: which was to pay dearly for peace. In Kenya, peace now costs billions in shillings and cents. But it is better to dig deeper into our empty pockets and live another day, rather than die for nothing but bearing the identity that the good Lord gave us. It would be interesting to hear the response to such a statement from those who chant "better to die free than live as a slave."

Worse still, the first visit of the now reconciled and officialized couple of Raila and Kibaki was to Karen Country Club where Kibaki is the patron. Hundreds of thousands of people are still living in camps, afraid to go home and waiting for a visit from the two leaders, but the first signs of unity the leaders display are symbolically – and literally – played out in a golf course at an international golf tournament. The event confirmed what I have said before: the elections, the deadly conflict and the rhetoric spewed from politicians and activists was a drama played to the Western gallery whom our decadent elite still consider the alpha and omega of democratic principles. As long as the American Ambassador can confirm to Kenya's lawyers – who should have know better than to invite him to their dinner – that Kenya is an "example" to the region and even the whole continent, then Kenya's elite care little about the cost that ordinary Kenyans are paying for the charade that they have been forced to act in.

A third contradiction: the day before the Anan deal was signed, the *Daily Nation* and its sister media NTV sounded a panic alert about the preparation of militias in different parts of the country in case the talks between PNU and ODM collapsed. In the NTV documentary was an interesting phenomenon – a European national expressed interest at the "gap between the rich and the poor" (how I hate the cliché) who live in Muthaiga and Mathare respectively. The thing is, many of the Muthaiga inhabitants are Western diplomats and European nationals, and so one wonders which "rich" people the interviewee was talking about.

The fourth contradiction: much noise has been made and much analysis carried out of the unfair distribution of land, particularly in Rift Valley province and particularly to the members of the Gikuyu community. However, it is interesting that the land occupied by the total of those who died and have been displaced is still a fraction of the land owned by well-known politicians from the Gikuyu and other communities. It defies reason that the politicians and the youths on their pay roll who claimed they were fighting for justice did not have the guts to mention the individual politicians by name. Therefore, the small landowners who died or were chased away were the scapegoat of our fear as Kenyans to fight the people whom we know to be at the root of our problems. Over a thousand people have died because the self-appointed crusaders of justice – myself included – are too scared to name specific individuals, but are bravely shouting our anger at ethnic groups and un-named politicians at the top of our lungs. But the bravery is not surprising since, as the adage goes, there is safety in numbers, and so deriding an ethnic group is easier and requires less courage than pointing at a specific leader.

There are a host of other contradictions in the Kenyan landscape which religion and ethnicity allow us to escape addressing. These include the obliteration of 24 years of Kenya's history from our public discourse and the accompanying disrespect for Mzee Daniel arap Moi, a phenomenon that should shame anyone who considers themselves in tune with African sensibilities. There is also the fact that a country with so many universities, schools and educated people has failed to produce a noticeable number of thinking intellectuals who could have provided a voice of reason during the 2-month period when we abandoned our sanity, and the fact that tourism and Europeans' comfort on our beaches continue to be projected by the Kenyan political and media elite as the sign of Kenya's good health.

But the worst contradiction of all is that with these vices infecting our beloved nation, many of our elites continue to boast that Kenya is doing better than other African nations, and the sole basis of their arrogant and myopic assessment is the country's balance sheet. As one who firmly believes that human beings are more than what they have or don't have, I find this unacceptable and unadmirable. I pray that Africans in other countries are not considering holding Kenya as a model but as a milestone in the

vision to achieving something better, which is dignity, self-respect, pride and a decent standard of living for all.

I also find it disgusting for Kenyans to use the failures of other African countries as our yardstick, rather than observing the accomplishments of other Africans to press ourselves to do better. Thomas Sankara, the Bourkinabé revolutionary who expressed his concern for the poor in word, in concrete financial sacrifices from his country's elite and in vocalizing his distaste for injustice abroad, would be a good role model for our revolutionary wanna-be's who lament about the poor in the press based on scanty and flawed historical analyses of African countries outside Kenya.

There is something profoundly flawed in glorifying our country by using the misfortunes of others, especially through the tired cliché of Kenya as an island of peace in a sea of turmoil. It is by God's grace and the mercy of the ancestors, not by our self-righteousness, that we had no Idi Amin to feed us to crocodiles in the Nile, no Interahamwe to slaughter us physically with pangas or spiritually with hatred and lies, and no Sudanese government to fight us and commit genocide against us. There is nothing that Ugandans, Rwandans or Southern Sudanese did to deserve their tragedies; they are as human as Kenyans. And even if they were not, our reputation as peaceful country does not stand up to scrutiny in the face of the people who were killed at Wagalla or Molo over the last few decades and whom we have not yet had the courtesy to nationally mourn.

In the face of these pervasive vices and contradictions, it is no wonder that witchcraft and its Christian counter-attack have become a source of comfort to Kenya. They are a temporary and consoling substitute to calling the evil politicians by name, to pointing out the specific vices that the poverty-speak of the Mercy Industrial Complex cannot solve, and confessing the unspoken shame of our African identity in the Kenyans who define their country's glory in terms of the misfortune of their brothers and of the comfort of tourists.

Frankly, these maladies seem so large and profound that they are intellectually and emotionally overwhelming. That is why, despite my reservations, I will be attending church this Sunday to join fellow Christians in sending the Devil and his witchdoctors to the bottomless pit, the pit from which our spiritual foes will have miraculously escaped since last Sunday when we condemned them to go there yet again.







JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JAMES E. EALEY
THE LUO LEGACY

(b) County of Residence of First Listed Plaintiff **HARRIS COUNTY**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS
SARAH MOHAMED HUSSEIN OBAMA

County of Residence of First Listed Defendant **KOGELO, KENYA**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. 1983  Civil Rights.

Brief description of cause:
Violation of Civil Rights of the President of the United States.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ SEVEN HUNDRED BILLION

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

---

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____