IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES E. EALEY, § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:08-mc-0504 |
| § | |
| SARAH MOHAMED HUSSEIN § | |
| OBAMA, § | |
|     Defendant. § | |

## ORDER

Plaintiff James E. Ealey seeks waiver of the court filing fee in order to file a complaint against Sarah Mohamed Hussein Obama, whom Ealey identifies as Barack Obama's grandmother. Plaintiff complains that Ms. Obama has "caused so much harm to the American people and the world in general" and he seeks "seven hundred billion United States dollars." Although Plaintiff alleges that he seeks to sue Ms. Obama for violation of 42 U.S.C. § 1983, there is no allegation that Ms. Obama is acting under color of state law. Accordingly, Plaintiff's proposed complaint fails to state a claim for relief under § 1983, and it is hereby

**ORDERED** that Plaintiff's Application to Proceed In Forma Pauperis [Doc. # 1] is **DENIED**.

SIGNED at Houston, Texas, this **20**<sup>th</sup> day of **October, 2008.**

P:\ORDERS\MISC. CASES\08mc0504IFPdeny.wpd   081020.1643

_____
Nancy F. Atlas
United States District Judge